UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO PEREZ<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HIW, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 10-02571 JCS<br><br>[~~PROPOSED~~] ORDER TO EXTEND MEDIATION DEADLINE AND CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Complaint Filed: April 30, 2010 |

The Court has reviewed the stipulation by the parties requesting an extension of the January 14, 2011 mediation deadline and continuance of the January 21, 2011 Case Management Conference.

**GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the parties may proceed with their January 18, 2011 mediation as scheduled, that the Case Management Conference is continued from January 21, 2011 to February 25, 2011 at 1:30 p.m., and that the deadline to submit the Joint Case Management Conference Statement is now February 18, 2011.

**IT IS SO ORDERED.**

Dated: 12/17/10 _____

Honorable Judge Joseph C. Spero
United States Magistrate Judge

[PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE AND
CONTINUE CASE MANAGEMENT CONFERENCE                    CASE NO. C 10-02571 JCS